IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SIDNEY STALLWORTH, #45129**                               **PETITIONER**

**VERSUS**                               **CIVIL ACTION NO. 1:04cv863-DMR-JMR**
                                                     **USCA NO. 06-60381**

**WARDEN GREER, STATE OF MISSISSIPPI,**
**and JIM HOOD**                                               **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

Part A

___ A certificate of appealability should issue. (See reasons below.)

_X_ A certificate of appealability should not issue. (See reasons below.)

Part B
(for non-CJA pauper cases only)

_X_ The party appealing is a pauper.

___ The party appealing is not a pauper. (See reasons below.)

The Court hereby **GRANTS** herein the Motions of the Petitioner to proceed *In Forma Pauperis* on Appeal [Doc. Nos. 19 and 22].

REASONS:
The Petitioner has failed to make a substantial showing of the denial of a constitutional right as set forth in 28 U.S.C. §2253(c)(2); the claims raised by Petitioner were time-barred pursuant to the one year statute of limitations provision of the AEDPA, *i.e.*, 28 U.S.C. §2244(d), and Petitioner cites no "rare and exceptional" circumstance to warrant equitable tolling.

Date: May 26, 2006                               S/ DAN M. RUSSELL, JR.
                                                    UNITED STATES DISTRICT JUDGE